IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMUEL SIDNEY ALLMAN, Jr.<br><br>          Defendant. | Case No.  2:CR-10-181-BLW<br><br><br>**ORDER** |

The Court has before it a motion to continue trial filed by defendant.  The

defendant requests additional time so that his counsel will have adequate time to

prepare for trial.  Defense counsel requests a continuance of "approximately sixty

(60) days" to schedule a neuropsychological/toxicology evaluation.  The Court

finds that a continuance until September 26, 2011, would be reasonable under all

the circumstances.

The Court finds that a continuance is needed to give defense counsel an

opportunity to provide an effective defense.  Thus, a continuance is warranted

under 18 U.S.C. §3161(h)(7)(B)(iv) which authorizes a finding of excludable time

when the refusal to grant a continuance would "deny counsel for the defendant . . .

**Memorandum Decision & Order - 1**

the reasonable time necessary for effective preparation . . . ."  Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for continuance (docket no. 13) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **September 26, 2011, at 1:30 p.m.** in the Federal Courthouse in Coeur d'Alene, Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on September 15, 2011, at 4:00 p.m. by telephone with the Government to initiate the call.  The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial

motions on or before August 8, 2011.



DATED:  **May 13, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court